ALEXANDER COLE v. THE STATE.

The jurisdiction conferred on police courts by section 167 of the municipal code extends to petit larceny, and all such other inferior offenses as are not required by section 10, article 1, of the constitution, to be prosecuted by indictment.

MOTION for the allowance of a writ of error to the Police Court of Cincinnati.

The plaintiff in error was convicted and sentenced in the police court of Cincinnati for exhibiting for gain a gaming device in violation of the statute.

His application for the allowance of a writ of error having been overruled in the court of common pleas, he makes the present application to obtain the allowance of the writ by this court.

The principal error assigned is that the police court had not jurisdiction of the offense charged.

*Wilson* and *Campbell*, for the motion.
*Charles E. Callahan*, contra.

BY THE COURT. The jurisdiction of the police judge, under section 167 of the municipal code, extends to " all

·cases of petit larceny and of inferior offenses which do not require an indictment by a grand jury, committed within the limits of the city or within four miles thereof."

Prior to the constitution of 1851, petit larceny and offenses of like grade were required to be prosecuted by indictment. By section 10, article 1, of the constitution of 1851, the legislature were authorized to dispense with an indictment "in cases of petit larceny and other inferior offenses." And prior to the adoption of the municipal code, in many of the counties of the state, offenses punishable by a less punishment than imprisonment in the penitentiary were authorized to be prosecuted in the probate court by information. Such offenses belong to the same grade as petit larceny. In conferring jurisdiction on the police court, it was intended to authorize all such offenses to be prosecuted in that court, and for this purpose, as was authorized by the constitution, to dispense with indictment by a grand jury.

*Writ refused.*